COUNSEL BLOCK

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| **IN RE: MGM RESORTS INTERNATIONAL DATA BREACH LITIGATION** | Master File No. 2:20-cv-00376- JAD-NJK |
| **This Document Relates To: All Cases** | ECF No. 51 |

**ORDER GRANTING**
**STIPULATION FOR EXTENSION OF TIME TO FILE CONSOLIDATED COMPLAINT AND TO SET SCHEDULE FOR RULE 23(g) MOTIONS**
**(First Request)**

Pursuant to LR IA 6-1, Plaintiffs in the above-captioned Consolidated Action and Defendant MGM Resorts International ("MGM" or "Defendant"), (collectively, the "Parties"), by and through their counsel of record, stipulate to an extension of time for Plaintiffs to file a Consolidated Complaint and to a schedule for counsel for Plaintiffs to file motions for leadership pursuant to Rule 23(g), Federal Rule of Civil Procedure. This is the first request made to extend the deadline for filing a consolidated complaint. In support of this Stipulation, the Parties show as follows:

On March 30, 2020, the Court entered its Order granting the Parties' Stipulation to Consolidate Actions and Set Scheduling Deadlines. (ECF No. 22.) The Order set a deadline for the filing of Plaintiffs' Consolidated Complaint for thirty (30) days after entry of the Order, which yielded a deadline of April 29, 2020.

When the Parties entered into the Stipulation, the Plaintiffs had been collaborating and believed they could self-organize a leadership structure for the litigation. Unfortunately, despite working together and reaching consensus on many issues, the Plaintiffs have been unable to reach an agreement on a leadership structure. While taking no position on the appointment of interim lead counsel, the Defendant agrees that interim lead counsel should be appointed for purposes of filing a consolidated complaint and efficiently coordinating and conducting pretrial proceedings in this matter.

Accordingly, the Parties propose, subject to Court approval, the following initial deadlines:

- Any attorney who has filed an action in this litigation may file an application for appointment as interim class counsel or other designated counsel either individually or as part of a proposed leadership structure. All applications must be e-filed in the Master File No. 2:20-cv-00376-JAD-NJK, no later than 5 p.m. Pacific Time on May 1, 2020. No responses shall be filed. The Court may hold a hearing on the applications or appoint interim counsel or other designated counsel based on timely written submissions only;

- Plaintiffs shall file a Consolidated Complaint no later than sixty (60) days following the entry of an order appointing interim class counsel or other designated counsel;

- Given the complexity of the issues, including Plaintiffs' stated desire to assert claims under the laws of multiple states, the parties agree to the following briefing schedule and expanded page limitations with respect to MGM's response to the Consolidated Complaint:
  - Any response to the Consolidated Complaint shall be due within sixty (60) days from the filing of the Consolidated Complaint and shall be limited to fifty (50) pages
  - Any opposition thereto will be due within sixty (60) days of the filing of such response(s) and shall be limited to fifty (50) pages
  - Any reply brief will be due within forty-five (45) days of the filing of any opposition and shall be limited to twenty-five (25) pages

- Plaintiffs agree that by entering into this stipulation or acting in conformance with its terms, MGM has not waived or acted in any way inconsistent with any right, remedy or defense.

| IT IS SO STIPULATED. | ** **ORDER** ** |
|---|---|
| | Based on the parties' stipulation [51] and good cause appearing, IT IS SO ORDERED |
| Dated: April 28, 2020 | _____<br>U.S. District Judge Jennifer A. Dorsey<br>Dated: April 30, 2020, nunc pro tunc to April 29, 2020. |
| Counsel for Defendant MGM | Counsel for Plaintiffs |
| *s/ Todd L. Bice*<br>Todd L. Bice, Esq., Bar No. 4534<br>TLB@pisanellibice.com<br>Robert A. Ryan, Bar No. 12084<br>RR@pisanellibice.com<br>PISANELLI BICE PLLC<br>400 South 7th Street, Suite 300<br>Las Vegas, NV 89101<br>Telephone: 702.214.2100 | *s/ Miles N. Clark*<br>KNEPPER & CLARK LLC<br>Miles N. Clark<br>Matthew Knepper<br>5510 S. Fort Apache Rd, Suite 30<br>Las Vegas, NV 89148-7700<br>Telephone: (702) 856-7430<br>Facsimile: (702)447.8048<br>Miles.Clark@knepperclark.com<br>Matthew.Knepper@knepperclark.com<br><br>MORGAN & MORGAN COMPLEX LITGATION GROUP<br>John A. Yanchunis (pro hac vice)<br>Jean S. Martin (pro hac vice)<br>Marcio Valladares (pro hac vice)<br>201 N. Franklin Street, 7th Floor<br>Tampa, FL 33602<br>Telephone: (813) 223-5505<br>Facsimile: (813) 223-5402<br>jyanchunis@forthepeople.com<br>jeanmartin@forthepeople.com<br>mvalladares@forthepeople.com<br><br>LAW OFFICE OF PAUL C. WHALEN, P.C.<br>Paul C. Whalen (pro hac vice forthcoming)<br>768 Plandome Road<br>Manhasset, NY 11030<br>Telephone: (516) 426-6870<br>paulwhalen@gmail.com |

GLANCY PRONGAY & MURRAY LLP
Brian P. Murray (pro hac vice forthcoming)
230 Park Avenue, Suite 530
New York, NY 10169
Telephone: (212) 682-5340
Facsimile: (212) 884-0988
bmurray@glancylaw.com

KRIEGER LAW GROUP, LLC
David Krieger
500 N. Rainbow Blvd. Suite 300
Las Vegas, NV 89107
Telephone: (702) 848-3855, Ext. 101
dkrieger@kriegerlawgroup.com

*Attorneys for Plaintiff John Smallman*

TANASI LAW OFFICES
Richard Tanasi
8716 W. Spanish Ridge Ave. Suite 105
Las Vegas, NV 89148
Telephone:  (702) 906-2411
Facsimile: (866) 299-4274
rtanasi@tanasilaw.com

*Attorneys for Plaintiffs John Smallman and Katharine Breen, Adam Metz Alain Michael, Carol O'Connell, Matthew Pruitt, Christopher Pussman, and Sabrina Woods*

THE BOURASSA LAW GROUP
Mark J. Bourassa (Nevada Bar No. 7999)
Jennifer A. Fornetti (Nevada Bar No. 7644)
2350 W. Charleston Blvd., #100
Las Vegas, NV 89102
Telephone: (702) 851-2180
Facsimile: (702) 851-2189
mbourassa@blgwins.com
jfornetti@blgwins.com

*Attorneys for Plaintiffs Jeffrey Scott Cameron and Paul Brodsky*

CARLSON LYNCH LLP
Gary F. Lynch (pro hac vice)
Kevin W. Tucker (pro hac vice forthcoming)
Jamisen A. Etzel (pro hac vice forthcoming)

1133 Penn Avenue, Floor 5
Pittsburgh, PA 15222
Telephone: (412) 322-9243
Facsimile: (412) 231-0246
glynch@carlsonlynch.com
ktucker@carlsonlynch.com
jamisenetzel@carlsonlynch.com

CARLSON LYNCH LLP
Todd D. Carpenter (pro hac vice forthcoming)
1350 Columbia St. Ste. 603
San Diego, California 92101
Telephone: (619) 762-1900
Facsimile: 619) 756-6991
tcarpenter@carlsonlynch.com

CARLSON LYNCH LLP
Katrina Carroll (pro hac vice forthcoming)
111 W. Washington Street, Suite 1240
Chicago, Illinois 60602
Telephone: (312) 750-1265
Facsimile: (412) 231-0246
kcarroll@carlsonlynch.com

*Attorneys for Plaintiff Jeffrey Scott Cameron*

MUEHLBAUER LAW OFFICE, LTD.
Andrew R. Muehlbauer (Nevada Bar No. 10161)
7915 West Sahara Avenue, Suite 104
Las Vegas, NV 89117
Telephone: (702) 330-4505
andrew@mlolegal.com

LOWEY DANNENBERG, P.C.
Christian Levis (pro hac vice)
Henry Kusjanovic (pro hac vice)
Amanda Fiorilla (pro hac vice)
44 South Broadway, Suite 1100
White Plains, NY 10601
Telephone: (914) 997-0500
clevis@lowey.com
hkusjanovic@lowey.com
afiorilla@lowey.com

LOWEY DANNENBERG, P.C.
Anthony M. Christina (pro hac vice)
One Tower Bridge

100 Front Street, Suite 520
West Conshohocken, PA
Telephone: (215) 399-4770
achristina@lowey.com

*Attorneys for Plaintiff Kevin V. Horne*

STULL, STULL & BRODY
Melissa R. Emert (pro hac vice)
6 East 45th St. - 5th Fl.
New York, NY 10017
Telephone: (954) 341-5561
Facsimile: (954) 341-5531

THE GRANT LAW FIRM, PLLC
Lynda J. Grant (pro hac vice forthcoming)
521 Fifth Avenue, 17th Floor
New York, NY 10175
Telephone: (212) 292-4441
Facsimile: (212) 292-4442
lgrant@grantfirm.com

*Attorneys for Plaintiff Paul Brodsky*

WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP
Don Springmeyer (Nevada Bar No. 1021)
3556 E. Russell Road, 2nd Floor
Las Vegas, NV 89120
Telephone: (702) 341-5200
Facsimile: (702) 341-5300
dspringmeyer@wrslawyers.com

BERGER MONTAGUE, PC
Michael Dell'Angelo (pro hac vice)
Jon Lambiras (pro hac vice forthcoming)
Joshua T. Ripley (pro hac vice)
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (215) 875-3000
Facsimile: (215) 875-4604
mdellangelo@bm.net
jlambiras@bm.net
jripley@bm.net

BERGER MONTAGUE, PC
E. Michelle Drake (pro hac vice)

43 SE Main Street, Suite 505
Minneapolis, MN 55414
Telephone: (612) 594-5933
Facsimile: (612) 584-4470
emdrake@bm.net

MCCULLEY MCCLUER PLLC
Stuart McCluer (pro hac vice forthcoming)
R. Bryant McCulley (pro hac vice forthcoming)
Frank B. Ulmer (pro hac vice)
701 East Bay Street, Suite 411
Charleston, SC 29403
Telephone: (843) 444-5404
Facsimile: (843) 444-5408
smccluer@mcculleymccluer.com
bmmcculley@mcculleymccluer.com
fulmer@mcculleymccluer.com

*Attorneys for Plaintiffs Larry Lawter, Julie Mutsko, Kerri Shapiro and Victor Wukovits*

MASON LIETZ & KLINGER LLP
Gary E. Mason (pro hac submitted)
David K. Lietz (pro hac forthcoming)
5301 Wisconsin Avenue, NW
Suite 305
Washington, DC 20016
Telephone: (202) -429-2290
gmason@masonllp.com
dlietz@masonllp.com

MASON LIETZ & KLINGER LLP
Gary M. Klinger (pro hac vice)
227 W. Monroe Street, Suite 2100
Chicago, IL 60630
Telephone: (312) 283-3814
Facsimile: (773) 496-8617
gklinger@masonllp.com

GOLDENBERG SCHNEIDER L.P.A.
Jeffrey S. Goldenberg (pro hac vice forthcoming)
Todd B. Naylor (pro hac vice forthcoming)
One West Fourth Street, 18th Floor
Cincinnati, OH 45202
Telephone: (513) 345-8291
Facsimile: (513) 345-8294
jgoldenberg@gs-legal.com

tnaylor@gs-legal.com

LEVIN, SEDRAN & BERMAN, LLP
Charles E. Schaffer (pro hac vice)
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Telephone: (215) 592-1500
Facsimile: (215) 592-4663
cschaffer@lfsblaw.com

*Attorneys for Katharine Breen, Adam Metz Alain Michael, Carol O'Connell, Matthew Pruitt, Christopher Pussman, and Sabrina Woods*

EGLET ADAMS
Robert T. Eglet
Robert M. Adams
Erica D. Entsminger
400 South Seventh Street, Suite 400
Las Vegas, NV 89101
Telephone: (702) 450-5400
Facsimile: (702) 450-5451
eservice@egletlaw.com

GIBBS LAW GROUP LLP
Eric H. Gibbs
David M. Berger (pro hac vice)
505 14th Street, Suite 1110
Oakland, California 94612
Telephone: (510) 350-9700
Facsimile: (510) 350-9701
ehg@classlawgroup.com
dmb@classlawgroup.com

COHEN MILSTEIN SELLERS & TOLL PLLC
Andrew N. Friedman (pro hac vice)
Douglas J. McNamara (pro hac vice)
Geoffrey A. Graber
Paul Stephan (pro hac vice)
1100 New York Ave. NW
East Tower, 5th Floor
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
afriedman@cohenmilstein.com
dmcnamara@cohenmilstein.com
ggraber@cohenmilstein.com

|   |   |
|---|---|
| 1 | pstephan@cohenmilstein.com |
| 2 | LOCKRIDGE GRINDAL NAUEN P.L.L.P. |
| 3 | Karen Hanson Riebel (pro hac vice forthcoming)<br>Kate M. Baxter-Kauf (pro hac vice forthcoming) |
| 4 | 100 Washington Ave. S., Suite 2200<br>Minneapolis, MN 55401 |
| 5 | Telephone: (612) 339-6900<br>Facsimile: (612) 339-0981 |
| 6 | khriebel@locklaw.com<br>kmbaxter-kauf@locklaw.com |

*Attorneys for Delores Scott and Ryan Bohlim*